| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) TRIMBLE, JR, JAMES T. | 2. Court or Organization U S DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA | 3. Date of Report 09/23/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Initial ☑ Annual ☐ Final Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U S DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA
P O BOX 1031
ALEXANDRIA, LOUISIANA 71309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP | A | Dividend | K | T | | | | | |
| 2. CREE | A | Dividend | J | T | | | | | |
| 3. NYVTX | D | Dividend | L | T | | | | | |
| 4. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 5. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 6. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 7. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 8. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 9. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 10. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 11. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 12. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 13. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 14. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 15. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 16. | | | | | Sold (part) | 12/28/15 | J | | |
| 17. DE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KRFT | A | Dividend | K | T | | | | | |
| 19. RTN | A | Dividend | K | T | | | | | |
| 20. ETN | A | Dividend | J | T | | | | | |
| 21. GSDTX | A | Dividend | J | T | | | | | |
| 22. GSZAX | B | Dividend | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 03/02/15 | K | | |
| 24. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 25. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 26. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 27. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 28. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 29. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 30. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 31. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 32. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 33. HTGC | B | Dividend | J | T | | | | | |
| 34. AFPAX | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/02/15 | K | | |
| 36. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 37. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 38. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 39. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 40. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 41. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 42. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 43. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 44. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 45. AA | A | Dividend | J | T | | | | | |
| 46. COST | A | Dividend | J | T | | | | | |
| 47. FLS | A | Dividend | | | Sold | 12/28/15 | J | | |
| 48. | | | | | Sold | 12/28/15 | J | | |
| 49. PVA | | None | | | Sold | 12/28/15 | J | | |
| 50. PWR | | None | J | T | | | | | |
| 51. | | | | | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/28/15 | J | | |
| 53. RDS/A | A | Dividend | J | T | | | | | |
| 54. WM | A | Dividend | J | T | | | | | |
| 55. AMBA | | None | K | T | | | | | |
| 56. HCOAX | C | Dividend | L | T | | | | | |
| 57. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 58. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 59. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 60. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 61. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 62. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 63. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 64. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 65. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 66. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 67. FCSAX | C | Dividend | L | T | | | | | |
| 68. | | | | | Buy (add'l) | 03/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 70. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 71. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 72. | | | | | Sold (part) | 10/16/15 | J | | |
| 73. FSGFX | B | Dividend | K | T | | | | | |
| 74. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 75. | | | | | Sold (part) | 08/28/15 | J | | |
| 76. | | | | | Sold (part) | 10/16/15 | J | | |
| 77. | | | | | Sold (part) | 10/27/15 | J | | |
| 78. FVSAX | B | Dividend | K | T | | | | | |
| 79. | | | | | Sold (part) | 10/16/15 | J | | |
| 80. | | | | | Sold (part) | 10/27/15 | J | | |
| 81. FSAMX | B | Dividend | J | T | | | | | |
| 82. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 83. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 84. FSCFX | B | Dividend | J | T | | | | | |
| 85. FILFX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/25/15 | J | | |
| 87. | | | | | Sold (part) | 03/31/15 | J | | |
| 88. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 89. | | | | | Sold (part) | 10/16/15 | J | | |
| 90. FTBFX | A | Dividend | | | Sold | 03/25/15 | J | | |
| 91. FAUDX | A | Dividend | J | T | | | | | |
| 92. FPIOX | A | Dividend | J | T | | | | | |
| 93. FPCIX | A | Dividend | K | T | | | | | |
| 94. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 95. | | | | | Sold (part) | 10/01/15 | J | | |
| 96. | | | | | Sold (part) | 10/16/15 | J | | |
| 97. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 98. FNSXX | A | Dividend | J | T | | | | | |
| 99. ARDNX | | None | J | T | | | | | |
| 100. PTRAX | A | Dividend | | | Sold | 01/25/15 | J | | |
| 101. PTINX | A | Dividend | J | T | | | | | |
| 102. BXMMX | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/25/15 | J | | |
| 104. FSHBX | A | Dividend | J | T | | | | | |
| 105. FASMX | | None | | | Sold | 01/30/15 | J | | |
| 106. PFF | B | Dividend | K | T | | | | | |
| 107. SLMCX | B | Dividend | K | T | | | | | |
| 108. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 109. FKUTX | B | Dividend | K | T | | | | | |
| 110. TAGRX | | None | K | T | | | | | |
| 111. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 112. FAFTX | A | Dividend | K | T | | | | | |
| 113. GFFFX | A | Dividend | J | T | | | | | |
| 114. | | | | | Buy | 10/15/15 | J | | |
| 115. CPHYX | B | Dividend | | | Sold | 12/16/15 | K | | |
| 116. FRDPX | A | Dividend | J | T | | | | | |
| 117. IVV | A | Dividend | K | T | | | | | |
| 118. FDAGX | B | Dividend | K | T | | | | | |
| 119. QPRMQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/18/15 | K | | |
| 121. | | | | | Sold (part) | 11/09/15 | K | | |
| 122. | | | | | Sold (part) | 10/15/15 | J | | |
| 123. | | | | | Buy | 08/06/15 | J | | |
| 124. | | | | | Sold (part) | 08/11/15 | J | | |
| 125. FTR | A | Dividend | J | T | | | | | |
| 126. VIG | A | Dividend | K | T | | | | | |
| 127. VZ | B | Dividend | K | T | | | | | |
| 128. CWGIX | B | Dividend | K | T | | | | | |
| 129. SMCWX | | None | | | Sold (part) | 08/03/15 | J | | |
| 130. | | | | | Sold | 10/15/15 | K | | |
| 131. SGOVX | A | Dividend | J | T | | | | | |
| 132. | | | | | Sold (part) | 08/06/15 | J | | |
| 133. FRDPX | B | Dividend | K | T | | | | | |
| 134. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 135. LDLFX | B | Dividend | K | T | | | | | |
| 136. | | | | | Sold (part) | 08/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PBSMX | A | Dividend | K | T | | | | | |
| 138. GFFFX | B | Dividend | K | T | | | | | |
| 139. | | | | | Buy | 10/15/15 | K | | |
| 140. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 141. XLF | A | Dividend | | | Sold | 10/15/15 | J | | |
| 142. | | | | | Buy | 01/06/15 | J | | |
| 143. BARKSDALE FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 144. CAPITAL ONE | A | Interest | J | T | | | | | |
| 145. LPL FINANCIAL | A | Interest | J | T | | | | | |
| 146. EXXON | A | Dividend | J | T | | | | | |
| 147. RAINTREE ASSOCIATES GULFPORT, MISSISSIPPI | D | Rent | N | W | | | | | |
| 148. U S SAVING BONDS SERIES EE | A | Interest | J | T | | | | | |
| 149. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR, JAMES T. | 09/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 146-148 ARE BROKER ACCOUNTS EARNING FROM MONEY MARKET INVESTMENTS IN HOUSE. THEY ARE NOW LABELED " BROKER ACCOUNTS".

LINE 113 AND 141 I ADDED THE NEW FUND PURCHASED DURING THE YEAR.

LINE 118,138, AND 147 HAVE THE PURCHASES AND THE SALES LISTED BELOW THESE LINES.

I ADDED THE U S SAVING BOND TO THE LAST LINE OF THE REPORT. IT WAS NOT LISTED ON THE YEAR END REPORTS SO IT WAS OVERLOOKED.

LINES 147,148, AND 149 SHOULD NOT HAVE BEEN LISTED ON THE REPORT. THESE THREE ACCOUNTS WERE THE DIVIDENDS EARNED BY THE BROKER'S INVESTMENTS WITH EACH OF THESE FIRMS. THE EARNINGS ON EACH OF THE INDIVIDUAL INVESTMENTS ARE ALREADY INCLUDED IN THE REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JAMES T. TRIMBLE, JR

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544